1  FRED M. BLUM, ESQ. (SBN 101586)
   (fblum@behblaw.com)
2  NOEL EDLIN, ESQ. (SBN 107796)
   (nedlin@behblaw.com)
3  RUBEN RUIZ, ESQ. (SBN 241729)
   (rruiz@behblaw.com)
4  BASSI, EDLIN, HUIE & BLUM LLP
   351 California Street, Suite 200
5  San Francisco, CA 94104
   Telephone:    (415) 397-9006
6  Facsimile:    (415) 397-1339

7  Attorneys for Plaintiff
   BASSI, EDLIN, HUIE & BLUM, LLP
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | BASSI EDLIN HUIE AND BLUM LLP,              ) Case No. CV 103635 JSW
   | a California Limited Liability Partnership, )
13 |                                              ) **REQUEST FOR DISMISSAL WITHOUT**
   |                  Plaintiff,                  ) **PREJUDICE AND ~~PROPOSED~~ ORDER**
14 |                                              )
   |       vs.                                    )
15 |                                              )
   | GEOSTAR CORPORATION, a Delaware              )
16 | Corporation, FIRST SOURCE WYOMING,           )
   | INC., a Delaware Corporation, GEOSTAR        )
17 | FINANCIAL CORPORATION, a Delaware            )
   | Corporation, CLASSICSTAR FINANCIAL           )
18 | SERVICES CORPORATION, a Delaware             )
   | Corporation, TONY FERGUSON, an               )
19 | individual, and GREENBAUM, DOLL &            )
   | MCDONALD, a Kentucky Professional            )
20 | Limited Liability Partnership,               )
   |                                              )
21 |                  Defendants.                 )
   |_____)
22

28  236446

1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER Case No. CV 103635

Case3:10-cv-03635-JSW Document8 Filed10/29/10 Page1 of 2

1     Plaintiff BASSI EDLIN HUIE and BLUM LLP (the "Firm") requests and the Court hereby grants a dismissal without prejudice against Defendants GEOSTAR CORPORATION, a Delaware Corporation, FIRST SOURCE WYOMING, INC., a Delaware Corporation, GEOSTAR FINANCIAL CORPORATION, a Delaware Corporation, CLASSICSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, TONY FERGUSON, an individual, and GREENBAUM, DOLL & MCDONALD, a Kentucky Professional Limited Liability Partnership.

Date: October 20, 2010

_/s/ Jeffrey S. White_
Judge of the District Court

236446

REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER Case No. CV 103635